Case No. SA CV 18-0551-DOC (KESx)            Date: July 18, 2018

Title: JOSE VELEZ V. AYRES HOTEL COMPANY ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On July 5, 2018, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution ("Order") (Dkt. 8). The deadline to respond to the Order was July 12, 2018. *Id.* No response was filed.

Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                     Initials of Deputy Clerk: djl
CIVIL-GEN